IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KASARANDA JONES                                                             PLAINTIFF

vs.                            Civil No. 2:17-cv-02127

NANCY A. BERRYHILL                                        DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 9th day of October 2018, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                               /s/ Barry A. Bryant
                                                               HON. BARRY A. BRYANT
                                                               U. S. MAGISTRATE JUDGE